IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

SHELLIE CRUZ,

    Plaintiff,

v.          CASE NO: 3:09cv533/RV/EMT

NAVY FEDERAL FINANCIAL
GROUP LLC, et al.,

    Defendants.
_____/

## ORDER OF DISMISSAL

The Court having been advised that this matter has been compromised and settled between the parties, it is ORDERED:

(1) This cause is hereby dismissed, with prejudice and without taxation of costs.

(2) In the event settlement is not consummated for any reason, the Court reserves the power, upon motion filed by any party within 60 days after date, to amend, alter or vacate and set aside this order of dismissal.

DONE AND ORDERED this 13th day of October, 2010.

        /s/ *Roger Vinson*
        **ROGER VINSON**
        **Senior United States District Judge**